# EXHIBIT D

## Strategic Plan 2016/17

1) **50,000 students:**
   - ➢ **25,000 Students through organic growth**
   - ➢ **23,500 ADP students; 1500 MC students**
     - o Retention – Regaining & Sustaining Leadership in Online Education improve persistence from 50% to 75% for new students and improving to 85% for continuing students based on model by 6/30/17. Improving to 97% stabilized retention by 6/30/19. Execution on strategic plan as outlined (Attached) Full support/tutor; Campus Life; develop an on-line community
     - o New Students
       - GINA Transcript Process – Readiness For Acceptance  - by January 30 2017 POG will go from less than 50% to 90% 30 days after start, 100% by start +30 days
       - SHARON Tuition Planning Improvements – Increase in Awarded & Packaged prior to start of class – 85% 30 days after start by Jan 30 2017
       - RICH Improved Lead Quality (movement away from aggregators) – going from 90% to 60% by June 30 2017
       - JEFF Advising inclusion in enrollment process – by January 2017 students will be enrolled by their advising counterpart
       - JEFF Advising focus weeks 1&2 – to ensure there are multiple communication outreaches – 100% of new starts have been connected with their advisor within the first 2 weeks of the mod start
     - o Continuing Students:  BOBBY
       - Advising overhaul (ADP and MC)
       - Holistic Advising Approach (ASC Perspective)
       - SAE (Student Advising Experience) connections every MOD
       - Connections beyond 'registration'
       - Proactive Advising of Performance
       - Personalized Caseload
       - Graduation and Career Services Perspective
       - Student Participation tracking
       - Integration of Associate Faculty
       - Personalized information
       - Deliberate motivational conversations and connections

DEF-SWE-001112

CONFIDENTIAL