# EXHIBIT E

| From: | Kochera, Melissah |
|---|---|
| Sent: | Monday, June 20, 2016 1:22 PM |
| To: | Allen, Scott; Kelly, Donald; Kochera, Melissah; Lively, Shane; Mroz, Don; Reese, Bobby; Schechter, Richard; Statmore, Mike; Sweeney, Sharon |
| Cc: | Hopkins, John; 'Leo Tonkin' |
| Subject: | REMINDER:  ELT Strategic Session NOTES - Prep for Wednesday's FLT Session |
| Attachments: | ELT Retreat Minutes 4-20 & 4-21 2016.pdf; ELT Retreat Minutes 5-11-2016.pdf |

Good afternoon,
John asked that I get a reminder out to the ELT to please, once again, review the minutes from our strategic sessions.
Please have your strategic items organized and ready to present at the FLT meeting on Wednesday.
Thank you.
Meliss

# Melissah Kochera | Executive Assistant to the CEO

e. MKochera@Post.EDU
w. 203.596.4652
f. 203.596.4579

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

DEF-SWE-001988

ELT Retreat 5-11-2016 – LBR

In attendance:  All + Beth + Leo

Leo created context for the meeting by reminding the ELT to remember our previous discussions. This day will bring a more granular discussion.  We got related, but there is a lot more to go.  He encourages everyone to be "real" open with each other.  We began to distinguish our Tribe, initially created our "imagined future," – our initial noble cause, future culture with values *while acknowledging the past*. We began defining strategic objectives, goals and outcomes, discussed structures for fulfillment, operating cadence, rules for engagement and initially defined the newly formed FLT.

John noted that he wants this meeting to be used to drill down into these items to more definitively define and orchestrate the ELT to lead and move forward.  He asks after the last meeting "how did this change how you are being?"  Mike noted that practically half the group is new and he believes John is forging us together to one goal.  JLH – *What is the distinction between the EMT and ELT to Mike?*  Mike doesn't really see it yet, but it is beginning.  We've been managing the business as well as we could.  We are poised to lead now and the conversations we will have today concerning the FLT, the conversations we've had, those are the things that are leading the group that are "hungry to be lead."  Beth added that it extends beyond this room, the faculty, staff and others beyond this room they are so eager to see the changes as discussed in the Town Hall.  JLH noted a lot of it is symbolic.  Actually a lot more than symbolic.  We are not where we need to be yet, and we expect that, but people get it – they get where we want to go.  The difference between management and leading.  Scott said he has had some ah-ha moments with his staff moving into how he is going to lead his team, introducing new concepts, talking about things that have been discussed in ELT.  It's going to take a while to cross that ocean, but at least we are in the rowboat working across the water.  DK believes that pulling everyone out of their silos and getting rid of a lot of the old ways that were automatic responses is important.  At least moving to get rid of this way.  DK believes that it is still pretty messy.  There has been more that has bubbled up from the organization.  The message has not really drizzled down into the organization and there have been a few who have jumped ship and felt they did not see the future.  There is not a lot of credibility yet. Everyone's antenna is up.  They are looking at everything and putting their own spin on what things mean.  People are sensitive on our actions.  This maybe calls for us to continue explaining.  JLH – this *underscores the importance of communicating.*  We are not mobile friendly yet.  We need to get in front of folks and get their buy-in.  Leo – What are the ways to yield to put in the right communication – ELT to FLT putting it out there to people to discuss the changes.  Don – because of yearly events (graduation) things have not happened as quickly/smoothly.  He pondered what's the struggle for him as he communicates, let's go of things from the past, organizational changes, where does he fit in all of this? People are looking to us for guidance.  People are looking for positive change.  The jury is still out with people.  Through a lot of reflection, how is this all going to work out for us?  Sharon sees where as opposed to silos, we are working as a team – an enrollment team.  Scott and Sharon will meet weekly. She believes it's moving in the right direction.  Rich has observed and experienced a lot of cooperation and has been included in many issues.  He is encouraging his team to speak up and lead.  *They know their stuff and should use their knowledge/skills.  It's all good.*

Creating Tribe – Outcomes, resources, assets, actions.

DEF-SWE-001989

Noble cause – This is your purpose, what you are out to achieve – like your mission. "Changing lives in an extraordinary way" – Communities, families, students, associates and yours! JLH – it isn't just about students. Everyone has to be considered. What is extraordinary? Leo told a story about Mother's Day and seeing a magician. One of the words used to explain the magic was "fascinating"...that word resonated with him. Discussion on the meanings of these "super" words. DK noted that there is also generational nuances that have a lot to do with this. These days, you get a trophy just for participation. It's no longer extraordinary. Don believes there is a lot of learning that needs to go on in this organization. Mike notes that we need to figure out what is extraordinary in our service. JLH told a story about a family that was looking to visit the bookstore after the graduation but it was closed. So, he took down an order of what they wanted and Meliss is prepping it to go out. Meliss also called them to see what gender for the shirts. Scott also shared a story of a woman who was locked out of her car on graduation, which was resolved by the generosity of someone offering their credit card to get the car unlocked. Rich shared while he was filming students on graduation day and asked about their journey, they shared that the people here were helpful in various ways, encouraging – helping them realize that they were extraordinary. JLH – this is an "internal brand" we have to live it, we have to breathe it.

Imagined Future – This is what you want to be known for – this is what you stand for. The more you can figure this out, the more you can tap into this – you will be a better leader. How are you going to be viewed? Leo reviewed the list of things we each noted as our imagined future:

- multi-divisional int'l education company
- largest in NE
- Brand recognition/top of mind/best in class
- leading edge
- new modalities
- best in metrics
- *20000 students*
- writing articles and books about us

JLH asked us to think about creating something special

- outcomes – what if our retention rate was 95%?  what if we had 50000 students – more aspirational
- soft indicators – look at certain rankings – NEASC, ACBSP
- associates – exclusive club, we wear the Post badge proudly.
- brand – really recognized as best in class.  It's a Mercedes Benz
- key metrics – best in sector
- strategic partners perspectives – those outside of Post recognize us as something special – the city, the state, our neighbors

*Values – This is how you expect to behave and interact with each other, your associates and students.*

It's Personal

I – integrity, innovation, initiative

T-tribe, transparency, trust

DEF-SWE-001990