# EXHIBIT F

**From:** Hopkins, John
**Sent:** Sunday, March 19, 2017 9:27 AM
**To:** Sweeney, Sharon
**Subject:** Re: Legislative follow-up note.

Thanks for your edits!

---

**From:** Sharon Sweeney <ssweeney@Post.edu>
**Date:** Saturday, March 18, 2017 at 12:59 PM
**To:** "Hopkins, John" <jhopkins@Post.edu>, "Reese, Bobby" <BReese@Post.edu>, "Mroz, Don" <DMroz@Post.edu>
**Subject:** RE: Legislative follow-up note.

Great job, John!

Please see me edits below.

Thank you,

Sharon

## Sharon Sweeney | Vice President of Student Finance

e. ssweeney@Post.edu
w. 203.591.7418
f. 203.841.1092

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

**From:** Hopkins, John
**Sent:** Friday, March 17, 2017 10:49 AM
**To:** Reese, Bobby; Sweeney, Sharon; Mroz, Don
**Cc:** Hopkins, John
**Subject:** Legislative follow-up note.

All,
This is a really rough draft. It is more of a data dump. Can you look at this and provide feedback? What's missing in content, metrics, anything.....
I'm getting tired of looking at it!
I am still waiting to get the OHE testimony and want to refute their metrics. Until then....any thoughts?

---

**From:** "Hopkins, John" <jhopkins@Post.edu>
**Date:** Thursday, March 16, 2017 at 4:46 PM
**To:** "Hopkins, John" <jhopkins@Post.edu>
**Subject:** <no subject>

Senator Linares, Senator Bye & Representative Haddad,

CONFIDENTIAL

DEF-SWE-001472

Thank you again for the opportunity to speak with you most recently and for the invitation to present additional materials to better understand Post University. As you know we were quite surprised by the "facts" that you and the OHE presented regarding Post university. We had never seen the data and question its source and validity. The fact that OHE presented such distortions underscores the latent reason for Post to be less dependent on OHE. It is clear they have either an irrational bias or simply don't understand our institution.

I am providing you information across a few key areas that will suggest that Post University is unique in its profile of students and is difficult to compare to other traditional universities across the state, or the nation. Many schools offer on-line programs and courses. Post is among the first and remains a handful of regionally accredited schools offering an entire full undergraduate or graduate degree on-line.

It is important to understand that while Post operates very similarly to traditional non-profit 4-year institutions by every criterion, its profile of students is very different which is important for you to consider, which also makes it difficult to benchmark against others in the state. The profile is mostly driven by the fact that 94% of our enrollment is on-line.

How does this influence our profile and outcomes?

- In the last academic year of 2015/16 we had a total of 15,300 students enrolled, **95% of which are on-line** (14,475 undergrad + 1,122 graduate students). For purposes of this document I will speak to the overwhelming majority of our student profile as undergraduate on-line students.
- Average age is about 37 years old which is much older than the traditional 18-23 yr. old at traditional colleges.
- The student population represents 160 different countries; with every state represented including Puerto Rico
- 75% of our students reside outside the state of CT while the clear majority of employees reside within the state, (1,163).
- 87% of our students are working while attending school...many of whom are also raising families; meaning that 60% are part-time. Although the on-line programs are designed to finish in 3.5 years, the average time to finish is closer to 5 years as most will experience a pause in studies to deal with family and work demands. This is important because it has a tremendous impact on the duration of attending school which in turn impacts grad rates and default rates.
- 30% of our student population is military. Military students tend to take longer to finish and intermittently pause their studies due to changes in their deployment, also impacting grad rates and default rates.
- Grad rates are measured by calculating the number of "First-time, Full-time" students who graduate. This measure is almost irrelevant and becoming more so as an exponentially increasing number of people pursue higher education on-line, which is now a mainstream option. Given that 54% of our students transfer into Post, an average 37-year-old working adult with life demands, and 30% military students, all of which make up the numerator and ??
- Despite these challenges our grad rate is 39%, (and increasing every year over the last 4 years), against a national average of 30%. I have no idea where OHE declared an 11% grad rate.
- Despite our student profile, our default rate has consistently been 12-14%. The federal government begins to impose sanctions when an institution's default rate is above 30% for three consecutive years. The national norm for default rates is over 11%. In testimony Senator Bye was given information claiming that Post University represented 30% of defaulters in the State of CT?. The Dept. of Education's most recent cohort default data from FY 2013 identifies Post had 451 defaulters out of 4,119 total state-wide defaulters representing 11%. While not great, it certainly isn't 30%. Our default rate reflects the challenges of our students. Unlike most schools in the state, (and across the country), 84% of our currently enrolled students are Pell eligible, meaning we serve a very financially stressed population. Pell grant recipients run the risk of dropping out and defaulting on student loans. Yet this is the population best served by the opportunities presented by higher education.

According to Pell grant data released by the feds from 2014/15, most community colleges in CT had 40-57% Pell recipients reflecting they tend to have a lower socio-economic profile compared to traditional colleges such as Quinnipiac at 11.8%, U of Hartford at 1.8%, St. Josephs at 11.8% and UConn at 18.5% to name a few. Post was among the highest in the state at 77.4% representing a very poor population. (As an aside, Post currently has almost 500 transfers from CT Community Colleges who are doing well academically.) The fact that most schools in CT have a very low Pell participation is likely because CT is ranked 3-4th highest in medium income in the nation, whether ranked by US Census data, Huffington Income report, Wikipedia data and others. Post has a national reach and the income profile is much different than that of CT. However, while poorer students create challenges it doesn't necessarily equate to poor

CONFIDENTIAL

DEF-SWE-001473

performers as we have over 200 students in our honors program on the residential campus with an average GPA of 3.5; 50% of our residential campus are student-athletes with and average GPA of 3.05.
- 54% are transfer students. This results in a disproportionate number of students who require additional time to complete a degree and has an adverse impact on debt and default rates. It also increases the likelihood that a student will drop as cost and time increases. despite the metrics, our average debt upon graduation is $26,512 (according to the U.S. Dept. of Education) against a national average of $31,100. We manage each students' debt level with comprehensive academic and financial counseling. Although students have a right to access maximum financial aid, we counsel them on the aid they <u>need</u> vs. the aid they can <u>get</u>.
- Gainful Employment scores were released by the U.S. Dept. of Education. **All** of Post's academic programs scored as 'passing' except for the Bachelor's in Human Services which scored in the 'zone' range. None of Post's programs failed the Dept. of Education's Gainful Employment testing.

A few recent facts about Post:

- 126-year history of excellence in higher education in Waterbury.
- Post paid a total of $5.42M in total State, Federal and local taxes in our last full fiscal year.
- Over two decades of innovation in online learning...the first in the State.
- Glowing 10-year NEASC reaccreditation letter from the Commission...the oldest and most prestigious of accreditation commissions
- Capital structure is predominately owned by Generations Capital, a socially responsible investment group that is not public and therefore not beholden to quarterly earnings.
- Generations Capital is not a private equity structure and therefore not beholden to the typical 3-5-year investment horizon. This is a long term, intergenerational investment, (hence their name).
- Since Generations Capital acquired Post, there has NEVER been a distribution of any amount to shareholder. 100% of earnings has been re-invested into Post University and that philosophy is not expected to change.
- Post donated over $130MM in institutional aid over the last 6 years to students who needed financial help beyond the Federal Student Assistance programs
- This year we saw the highest incoming GPA's of Freshmen ever for the Main Campus – 3.05 average
- 202 students participate in our Main Campus Honors Program (min. GPA's of 3.25)
- Noted by the Online Learning Consortium to have some of the best online courses (solid and professional)
- Business School ranked 7th in the Country for ROI on a Business degree from Payscale.com
- The Business School is Nationally accredited through the very prestigious ACBSP
- Received the status of Top 10 Military Friendly Schools for outstanding commitment and programs for our nation's veterans and their families.
- Selected by Victory Media for the Military Friendly® School Award for the 5th consecutive year.
- Top School in Military Advanced Education & Transition Magazine's Guide to Colleges & Universities for 2016 and 2017.
- Ranked by US News & World Report among the top online bachelors' programs
- A+ rating from the Better Business Bureau of CT, based on factors such as length of time the organization has been in operation and response to complaints.
- Recognized by NEASC for having a strong Outcomes-based Curriculum and a comprehensive Assessment process that is used as a model for other NEASC schools across New England.
- Received the Malcolm Baldrige name for our Business School from the Baldrige family
- Received the State of CT Baldrige Silver award numerous times for quality programming in our Business School
- Strong placement rates for our main campus students, with 30% going on for higher education degrees
- Strong Athletic teams with the largest number of NCAA Division II teams in the CACC conference

CONFIDENTIAL

DEF-SWE-001474

- As part of Posts "Life Balance" ethos Athletic teams contribute thousands of hours to community service every year...not to mention the many more non-athletes, faculty and staff who contribute countless hours to the community.
- Faculty that are "Scholarly Practitioners," with 84% having 10 or more years of work experience in their respective fields as well as Advanced degrees
- Currently 1,163 employees and growing
- An Impact Study conservatory estimated Post's economic impact of at least $200M annually on the greater Waterbury area

## John L. Hopkins | Chief Executive Officer
e. jhopkins@Post.edu  
w. 203.596.4510  
Post University  
800 Country Club Rd.  
Waterbury, CT. 06723  
toll free 800.345.2562

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

## John L. Hopkins | Chief Executive Officer
e. jhopkins@Post.edu  
w. 203.596.4510  
Post University  
800 Country Club Rd.  
Waterbury, CT. 06723  
toll free 800.345.2562

## John L. Hopkins | Chief Executive Officer
e. jhopkins@Post.edu  
w. 203.596.4510  
Post University  
800 Country Club Rd.  
Waterbury, CT. 06723  
toll free 800.345.2562