# EXHIBIT G

Confidential

# AR by Method of Payment

## As of March 31, 2017

| | MOD 4 | MOD 3 | MOD 2 | MOD 1 | MOD 6 |
|---|---|---|---|---|---|
| Cash Pay | 507,225.70 | 212,862.27 | 131,530.00 | 176,211.04 | 120,806.88 |
| Direct Bill | 15,865.00 | 8,240.00 | 180.00 | 850.80 | - |
| Financial Aid | 4,175,495.17 | 1,694,698.89 | 1,523,787.04 | 1,200,498.26 | 419,347.75 |
| Military Pay | 833,423.36 | 238,077.47 | 129,488.00 | 36,819.17 | 35,572.22 |
| #N/A | 7,400.00 | 833.00 | 2,207.00 | 7,356.23 | 948.69 |
| High School/Not Yet Determinded | 382,870.50 | 270,953.88 | 327,004.93 | 595,673.79 | 624,626.04 |
| Total | 5,922,279.73 | 2,425,665.51 | 2,114,196.97 | 2,017,409.29 | 1,201,301.58 |

DEF 003604