# EXHIBIT G1

**From:** Cybulski, Timothy
**Sent:** Friday, January 27, 2017 1:10 PM
**To:** Sweeney, Sharon
**Subject:** RE: Adms Rep

Hi,

The admissions person is Stephanie DiMaggio on Christa Sebastian's team (I think). Julia Martin and I were shocked at her response, rudeness and promising about financial aid.

Thank you,
Tim

**Timothy Cybulski | Financial Aid Advisor**
e. TCybulski@Post.edu
w. 203.591.5135
f. 203.841.1092
Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

---

**From:** Sweeney, Sharon
**Sent:** Friday, January 27, 2017 12:13 PM
**To:** Cybulski, Timothy
**Subject:** Adms Rep

Tim,

Please send me the name of the admissions rep we talked about this morning.

Thanks,

Sharon

**Sharon Sweeney | Vice President of Student Finance**
e. ssweeney@Post.edu
w. 203.591.7418
f. 203.841.1092
Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

DEF-SWE-001540