# EXHIBIT H

| | |
|---|---|
| **From:** | Olsen, Jeffrey |
| **Sent:** | Monday, October 31, 2016 11:50 AM |
| **To:** | Sweeney, Sharon; Tricarico, Gina; Panico, Rosina |
| **Cc:** | Reese, Bobby; D'Entremont, Mary Ann |
| **Subject:** | RE: Missing POG |

Hello Sharon,

Of the 98, 30 have been removed as of Friday (executed this AM). The remaining have actions in place to collect POG and have been engaged in the process of collecting the documents as a result of outreach. Many were not outreached during the span of the MOD and were only recently alerted to the actions needed. Their responsiveness to the outreach is what compelled us to keep them in classes.

As we move to MOD3, our new process should eliminate the lack of timely outreach to students in need of POG and our number of exceptions will continue to drop from what was once over 250 (this MOD is only 68).

Thanks
Jeff

## Jeffrey Olsen | Director of Academic Success and Retention

e. JOlsen@Post.edu             Post University
w. 203.596.6174                800 Country Club Rd.
f. 203.841.1161                Waterbury, CT 06723
                               toll free 800.345.2562

**From:** Sweeney, Sharon
**Sent:** Monday, October 31, 2016 11:09 AM
**To:** Olsen, Jeffrey <JOlsen@Post.edu>; Tricarico, Gina <GTricarico@Post.edu>; Panico, Rosina <RPanico@Post.edu>
**Cc:** Reese, Bobby <BReese@Post.edu>; D'Entremont, Mary Ann <mdentremont@Post.edu>
**Subject:** Missing POG

Hello,

There are still 98 undergrad students enrolled from Mod 1 and prior that don't have proof of grad. Can you provide a status update on them?

Thank you,

Sharon

## Sharon Sweeney | Vice President of Student Finance

e. ssweeney@Post.edu           Post University
w. 203.591.7418                800 Country Club Rd.
f. 203.841.1092                Waterbury, CT 06723
                               toll free 800.345.2562

DEF-SWE-003489

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.

Status **Completed**

Due Date **8/29/2016**

Description **connected with student via email; student has resubmitted request for transcripts with money order and had snapshot to confirm**

Hi Shirley!

Thank you for following up with up with us to confirm that the official GED scores are on their way. I will be on the lookout for your o look forward to hearing from you.

Warm Regards,
Josh


Josh Novo
Academic Success Counselor - Team Lead
800 Counrty Club Rd., Waterbury, CT 06723
Toll Free 800.345.2562
e. JNovo@Post.edu
w. 203.591.7462
f. 203.841.1167
From: Bugay, Shirley [mailto:shirley.bugay@students.post.edu]
Sent: Thursday, August 25, 2016 2:11 PM
To: Novo, Josh
Cc: Quesnel, Jordan
Subject: Transcript

I got it taken care of now, they don't accept checks, so I got a money order again, it could take up to 4 weeks for you to get it, but it's
Thank you both for being patient with me!



# Jeffrey Olsen | Director of Academic Success and Retention

e. JOlsen@Post.edu
w. 203.596.6174
f. 203.841.1161

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

From: Sweeney, Sharon
Sent: Tuesday, September 06, 2016 1:28 PM
To: Olsen, Jeffrey <JOlsen@Post.edu>; Lucia, Megan <MLucia@Post.edu>
Subject: ▓▓▓▓▓ - POG

Jeff and Megan,

This student has been enrolled since Mod 5 without POG and is still enrolled in Mod 1. Can you research her situation? Her balance keeps getting bigger.

Thanks,

Sharon

DEF-SWE-003499