# EXHIBIT K

Dear Post Leadership Team,

I want to inform you of necessary organizational changes that are effective immediately. At the recent Board of Trustees meeting I proposed that we must be much more structured in how we manage regulatory excellence. Post is decentralized in our approach in that many people manage different components of regulatory excellence including Susan Lapine who does a wonderful job as the NEASC subject matter expert, Sharon Sweeney who manages the complexities of Title IV, Scott Allen on financial responsibility calculations and 90/10, Jennifer Labate regarding Title IX issues, Ronnie Palmer with athletics and so on. While this approach isn't necessarily bad, the danger occurs when the approach is decentralized AND unstructured. This is how it occurs at Post and as a result regulatory discussions, generally, are instigated only when bad things happen. We need to be much more methodical, calculated and proactive in how we manage to benchmarks that are well above those established by regulators including the federal government, state or accrediting agencies, as well as additional internal goals established in the best interest of our students.

Regarding a related matter, as you already know, we have a troublesome audit finding that stems from the integrity (in the context of being complete and not to imply dishonesty) and timing of enrollment data reporting. This audit finding is indicative that we need to re-examine the processes and resources within the Registrar's Office. As you know we have reinvented processes in how we market, in Admissions, Advising, Financial Aid, program offerings, Associate Experience, and more. It's now time to re-examine processes in the Registrar's Office on how we conduct business to be far more organized, efficient and compliant to ensure we never have a regulatory finding of this nature in our future. Based on the regulatory philosophy referenced above and coupled with the regulatory and operational challenges within the Registrar's Office, effective immediately Sharon Sweeney's role has changed to reflect the evolving needs of the university.

Sharon's responsibilities are threefold:

1. Sharon will lead our regulatory excellence efforts as we centralize and create internal structures to more effectively manage all our regulatory matters. This includes serving as the principle regulatory excellence liaison with the newly established Board of Trustees committee and our regulatory legal team of Ballard Spahr. Those who currently have regulatory responsibilities throughout the university will now be accountable to Sharon with respect to whatever regulatory benchmarks the committee establishes.

2. Secondly, Sharon will have direct oversight and lead, with Mary Ann D'Entremont, the changes that must occur in how we process business through the Registrar's Office. It is important to note that the central role of the Registrar's Office is to manage student records, so much of which is academic information. Beth Johnson, as our academic leader, will remain intimately involved in policy and data requirements of the department.

3. Lastly, Sharon and the team made great strides improving processes in Student Finance. Because of the scale of the changes, we remain somewhat immature in those changes taking hold, as one might expect. Therefore, Sharon will continue to have oversight of Student Finance which dovetails perfectly with her regulatory compliance responsibilities.

Additionally, our approach to the strategic plan must reflect significant improvements in content and execution. Many components of the plan are well detailed, others are not. The accountability and execution is far short of "precision and routine". Our plan is incomplete both in how we approach conversations around the plan and the level at which it brings value to the institution. As such, Bobby Reese will be working closely with me as co-conductors of the strategic plan. If you think about it, our strategic plan is what we should all be laser focused on…it IS our future and our recipe for success. As the title implies (COO), Bobby should be focused on the operational integrity of the plan…this really is the role of a COO.  You can expect that each of you will be working closely with Bobby and me to ensure that we are making progress, holding people accountable to their contributions to the plan and also making certain that we have a full understanding of the consequence and influence that one piece of the plan has on other pieces of the plan.

For Bobby to devote the appropriate amount of time to this critical plan we are asking Jeff Olsen to take on more responsibility and manage the enrollment team process. Much like I referenced regarding Sharon and Student Finance, Bobby will continue to lead our overall operational performance and remain involved in the enrollment team oversight.  Jeff will now provide more of the day-to-day guidance to the enrollment team, which includes Admissions, Financial Aid, Advising and Retention.  To ensure clarity, these changes are not about who reports to who on an organizational chart, rather this is about how this team must continue to work together to create an extraordinary student experience while achieving our enrollment objectives.

I hope these changes and the reasons for these changes make sense and we appreciate Sharon, Bobby and Jeff taking on additional responsibilities. Should you have any questions please don't hesitate to call on me.

Thanks,
JLH