# EXHIBIT L

**EC Notes**
Attempted to request GED via diplomasender, no results, EC performed archive request, this was cancelled with no record found of stu GED, re
Trans rec'd on 12/19, ordered on 12/6 after waiting since 11/9 for a photo ID, which was required to request trans. Stu rec'd below 2.0 GPA, writi
TRF rejected on 9/5 due to not being filled in. rep alerted, completed task. Rep retasked with TRF rejected on 12/6. no notes in CRM as to if nev
Trans rec'd on 10/25, rep alerted for writing sample, no notes from rep to see if writing sample had been requested, ASC outreached at least 2x
EC called 3x to try to check on status of trans, could never LVM or speak with live person, tasked rep on 10/27 to advise stu to obtain trans, Rep
EC made 6 attempts to follow up on outstanding trans, last one being 12/7, rep tasked to advise stu to obtain trans on 11/7, Rep made 4 attemp
Trans rec'd on 10/31, rep alerted for writing sample, rep and ASC both made at least 2 attempts to outreach
Trans rec'd on 10/17, rep alerted for writing sample, rep made at least 3 attempts at outreach, ASC made at least 7
Trans rec'd on 9/25, rep alerted for writing sample, rep made at least 7 attempts at outreach, ASC made at least 2
Trans rec'd on 11/13 with no grad date, 11/20 EC SWP at district who confirmed stu did not graduate, rep alerted, Anna deneka alerted, new TR
Trans rec'd on 9/29, rep tasked for writing sample, task was completed by rep and ASC, rep attempted 14 times to outreach stu, ASC tried 5
Trans rec'd on 10/19, rep alerted for writing sample, task was completed by rep, rep made at least 3 outreach attempts, ASC made 4
Trans rec'd on 10/4, rep alerted for writing sample, task was completed by rep, rep made at least 8 outreach attempts, ASC made 6
EC faxed TRF 2x, I refaxed 1x, made 4 calls, last one being 12/7, rep advised to have stu obtain trans on 11/1, rep made at least 8 outreach atte
Trans rec'd on 10/4, rep alerted for writing sample, task was completed by rep, rep made at least 16 attempts to outreach, ASC made 4
TRF rejected multiple times due to GED testing site listed as DOE, rep alerted again on 10/12, Per CRM, stu wanted to withdraw, alerted ASC o
EC made at least 4 attempts to call HS to find out the transcript request process, no one ever called back, rep alerted to have stu obtain trans or
Trans rec'd on 11/8, rep alerted for writing sample, rep made at least 3 outreach attempts, ASC made at least 7
Attempted to request TX GED via website, no record found, sent archive request, again no record found, rep alerted on 10/19, rep made at least
Requested NC GED, rec'd correspondence back on 11/1 that no record was found, rep alerted that day, rep made at least 4 attempts at outreac
GED request came back with no records found on 10/31, rep alerted on that day, rep made at least 6 outreach attempts, ASC made at least 5
Request for trans mailed to Chicago Pub Schools on 11/3, does not allow for 3rd party flw up calls, alerted rep several times, tasked on 11/17 to
Trans rec'd on 10/30, rep alerted for writing sample 2x, rep outreached 3x, ASC at least 12
No GED records found, rep alerted 10/20, rep made 11 outreach attempts, ASC made at least 8
I made at least 4 diffferent outreach attempts to school district re: status of trans, no emails or calls back, alerted rep on 12/14 to have stu obtair
Trans rec'd on 9/20, rep alerted for writing sample, task completed by rep, rep made 16 outreach attempts, ASC made 4
Trans rec'd on 11/8, rep alerted for writing sample, rep made at least 3 outreach attempts, ASC made at least 8
TRF rejected 2x due to not being filled in, rep alerted, completed task on 9/25. rep alerted again on 12/6. no notes in CRM from rep if new TRF v
Trans requested on after EC made at least 4 attempts to obtain them previously, was finally told there was a fee, rep advised to have stu obtain

CONFIDENTIAL

DEF-SWE-000617

**From:** Walton, Joel
**Sent:** Monday, August 15, 2016 9:40 AM
**To:** Sweeney, Sharon; Andruk, Robert
**Subject:** FW: Admission to Post

## Joel Walton | Assistant Director of Financial Aid Advising

e. JWalton@Post.edu
w. 203.591.7342
f. 203.841.1157

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

**From:** Barbieri, Stacy
**Sent:** Monday, August 15, 2016 9:34 AM
**To:** Walton, Joel
**Subject:** FW: Admission to Post

Joel,

FYI---read below.

Stacy

## Stacy Barbieri | Financial Aid Advisor

e. SBarbieri@Post.edu
w. 203.596.4517
f. 203.841.1092

Post University
800 Country Club Rd.
Waterbury, CT 06723
toll free 800.345.2562

**From:** [redacted]
**Sent:** Monday, August 15, 2016 8:45 AM
**To:** Prater, Patrille; Barbieri, Stacy
**Subject:** Admission to Post

Good morning,

After careful consideration, I have decided that Post University and the people managing the process are not for me. The number of phone calls I received from Post University over the last few days was a bit over the top. I said early in the week last week that I was not available for a few days-yet the calls continued, culminating in one from someone named Sean who threatened to close my file if he did not hear from me "that day".

I will save him, and both of you the trouble. Effective immediately, I withdraw my application.

There are dozens of other schools out there with less aggressive admissions employees, not to mention much higher college rankings. With 30 credits, no need for financial assistance and a 4.0 GPA, I should not have any trouble being admitted to any one of them.

Please consider this matter closed. Please remove me from your call lists, your mailing lists and your digital media lists. Thank you.

Kind regards,





liz@darby.com

It's not too late, never too late....to make our new fate

CONFIDENTIALITY NOTICE: The Information transmitted in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy all copies of this document. Thank you.

 Please consider the environment before printing this e-mail.

This communication, including attachments, may contain information that is privileged or confidential to Post University. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If you believe that you are not the intended recipient and/or have received this communication in error please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, is prohibited and may be unlawful.